UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERA VANCE, an individual,<br><br>                               Plaintiff,<br><br>v.<br><br>BERKSHIRE HATHAWAY LIFE INSURANCE COMPANY OF NEBRASKA, an entity, and KRISTIN BARNETT, an individual,<br><br>                               Defendants. | Case No.:  3:20-cv-01480-BEN-KSC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[ECF No. 14]** |

On November 24, 2020, Plaintiff Tera Vance ("Plaintiff") and Defendants Berkshire Hathaway Life Insurance Company of Nebraska and Kristin Barnett (collectively, "Defendants") filed a Joint Motion to Extend the Deadline to Respond to Plaintiff's First Amended Complaint.  ECF No. 14.

Accordingly, and for good cause shown, the Court hereby **ORDERS** as follows:

1.    The briefing schedule set forth in Local Civil Rule 7.1 shall apply to Plaintiff's Motion for Leave to File a Second Amended Complaint, and the Motion is set for hearing at 10:30 AM on January 4, 2021.  Defendants' Opposition to the Motion, if any, shall be filed not later than December 21, 2020.  Plaintiff's Reply, if any, shall be filed not later than December 28, 2020.

2.  Should the Court grant Plaintiff's Motion for Leave to File a Second Amended Complaint, Defendants' filing of a responsive pleading to Plaintiff's First Amended Complaint shall be deemed moot, and Defendants shall have until fourteen (14) days after the issuance of any such order to file their responsive pleadings to Plaintiff's Second Amended Complaint.

3.  In the alternative, should the Court deny Plaintiff's Motion for Leave to File a Second Amended Complaint, Defendants shall have until and including fourteen (14) days after any such order to file their responsive pleadings to Plaintiff's First Amended Complaint.

4.  Plaintiff is admonished not to file any further motions without first obtaining a hearing date from chambers as required by Local Civil Rule 7.1(b).

**IT IS SO ORDERED.**

Dated:  November 25, 2020

Hon. Roger T. Benitez
United States District Judge

3:20-cv-01480-BEN-KSC