

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERA VANCE, an individual | Civil Action No. 20-cv-01480-BEN-MSB |
| **Plaintiff,** | |
| V. | |
| See attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' Motions to Dismiss (ECF Nos. 24, 25) are GRANTED. Plaintiff's SAC is DISMISSED with prejudice. Because no other claims for relief remain in this case, the Court dismisses the entire action and directs the Clerk of the Court to close the case.

**Date:** 3/18/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Exler
M. Exler, Deputy